**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA      *

  v.                           *  **Criminal Case No. RDB-19-165**

**JESUS CHAIDEZ**                 *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### <u>MOTION FOR A REDUCED SENTENCE UNDER 18 U.S.C 3582(c)(2)</u><br><u>BASED ON RETROACTIVE APPLICATION OF U.S.S.G AMENDMENT 821</u>

Comes now the Defendant, Jesus Chaidez Meza, by and through his attorney Alfred Guillaume III, Esq., and respectfully requests that this Honorable Court reduce the Defendant's sentence under 18 U.S.C. 3582(c)(2) based on the retroactive application of Amendment 821 to the U.S. Sentencing Guidelines.  In support of the motion, offer the following:

1. On October 9, 2020, Mr. Chaidez-Meza was sentenced to one hundred forty-four months (144) of imprisonment on Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms of Cocaine, pursuant to 21 U.S.C. 841(a)(1).

2. At the time of sentencing, Mr.  Chaidez-Meza had no prior criminal history.

3. Mr. Chaidez-Meza's offense level was thirty-six (36), with a corresponding guideline range of one hundred eighty-eight months (188) to two hundred thirty-five (235) months.

4. As of November 1, 2023, based on the recalculation of Mr. Chaidez-Meza's criminal history score, to account for the removal or reduction of "status points," his amended Guideline Range has been reduced to 151-188 months.

5. At the time of sentencing, this Honorable Court granted a downward variance of forty-four months, from the low end of Mr. Chaidez-Meza's original sentencing guidelines range.

6. If the "zero point" amendment had been enacted at the time of sentencing, this Honorable Court likely would have granted a downward variance from the 151-188 months guideline range.

7. A conviction under 21 U.S.C. 841(a)(1), requires a mandatory minimum sentence of 120 months. Thus, it is conceivable, that this Honorable Court could have granted a downward variance of thirty-one (31) months at the time of sentencing.

8. Since being detained, Mr. Chaidez-Meza has been a model prisoner; he has had no disciplinary issues, has obtained a GED, and has been active in volunteering in church and other activities.

9. The government, Assistant United States Attorney, Kenneth Clark, does not consent to the relief requested in this motion.

WHEREFORE, Mr. Jesus Chaidez-Meza respectfully request that Mr. Chaidez-Meza's sentence be reduced from one hundred forty-four months (144) to one hundred twenty months, (120 months) the mandatory-minimum sentence in this case.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, # 30117
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Consent Motion to Continue Sentencing was electronically filled with the Clerk via the CM/ECF system on May 8, 2024, with notice and access to all involved parties.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.